## SYLVESTER BROWN v. STATE.

No. A-8741.   Jan. 25, 1935.
(40 Pac. [2d] 1118.)

Champion, Champion & Fischl, for plaintiff in error.

J. Berry King, Atty. Gen., and Smith C. Matson, Asst. Atty. Gen., for the State.

PER CURIAM.   The plaintiff in error, hereinafter called the defendant, was convicted of manslaughter in the first degree, and his punishment assessed at imprisonment in the state penitentiary for a term of four years.

The record in this case was filed in this court on May 18, 1934; no brief has been filed in support of the defendant's assignment of errors.   A careful examination of the record discloses no fundamental error.   The evidence is sufficient to support the verdict of the jury.

The case is therefore affirmed.